NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| THE PRESERVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> POINT CENTER FINANCIAL, INC.; ESCROW PROFESSIONALS, INC.; POINT CENTER MORTGAGE FUND, I, LLC; NATIONAL FINANCIAL LENDING, INC.; NATIONAL FINANCIAL LENDING, LLC; DANIEL J. HARKEY aka DANNY JOE HARKEY; VERNON ALAN BERGFELD; STEPHAN GEORGE LIVINGSTON; TD SERVICE COMPANY; RENE E. ESPARZA; M. GWEN MELANSON; LOIS R. BEJERANO; JOSHUA RETA; and DOES 1 through 1000, inclusive, <br><br> Defendants. | **CASE NO.: EDCV 12-01023-GW** <br><br> **JUDGMENT** |

1        The Motion of Defendant, Vernon Alan Bergfeld ("Defendant"), for Summary Judgment, pursuant to Federal Rules of Civil Procedure Rule 56 (a) & (e), came on for hearing before the Court on September 29, 2016, the Honorable George H. Wu presiding.

       The evidence presented having been fully considered, the issue having been duly heard and a decision having been duly rendered,

       IT IS ORDERED AND ADJUDGED that Plaintiff The Preserve, LLC take nothing, that the claims against Defendant be dismissed on the merits and that Defendant recover his costs and, pursuant to the Court's inherent power, attorneys' fees.

Dated: September 29, 2016

_____
GEORGE H. WU, U.S. District Judge