Matthew Clarke, State Bar No. 184959
(matt@christmankelley.com)
Dugan P. Kelley, State Bar No. 207347
(dugan@christmankelley.com)
CHRISTMAN, KELLEY & CLARKE, PC
1334 Anacapa Street
Santa Barbara, CA 93101
Tel.: (805) 884-9922
Facsimile: (866) 611-9852

Attorneys for Plaintiff JOHN J. MENCHACA, Chapter 7 Trustee
of the Estate of THE PRESERVE, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>THE PRESERVE, LLC,<br>    Debtor,<br><br>THE PRESERVE, LLC,<br>    Plaintiff,<br>vs.<br><br>POINT CENTER FINANCIAL, INC., ESCROW PROFESSIONALS, INC., POINT CENTER MORTGAGE FUND, I, LLC, NATIONAL FINANCIAL LENDING, INC., NATIONAL FINANCIAL LENDING, LLC, DANIEL J. HARKEY, aka DANNY JOE HARKEY, et al.,<br>    Defendants. | Dist. Ct. Case No. EDCV 12-1023-GW<br><br>Bankr. Case No. 2:10-bk-18429-BB<br><br>Adv. Case No. 2:10-ap-01296-BB<br><br>Hon. George H. WU<br>Courtroom 10<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS WHO HAVE SETTLED WITH PLAINTIFF AND LAWSUIT**<br><br>**[Filed Concurrently With Stipulation]** |

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS

The Court having read and considered the Stipulation to Dismiss Defendants who have settled ("Stipulation") and good cause appearing therefore, it is hereby:

1. ORDERED that the Stipulation is GRANTED;

2. ORDERED that Plaintiff's entire complaint against the following Defendants and related cross-claims from and/or between the following Defendants, as captioned above, including all causes of action alleged therein, are dismissed with prejudice: Escrow Professionals, Inc., Point Center Mortgage Fund I, LLC, National Financial Lending, Inc., Daniel J. Harkey, Stephan George Livingston, TD Service Company, Rene E. Esparza, Lois R. Bejerano, and Joshua Reta.

3. ORDERED that the suit be dismissed pursuant to the stipulation.

DATED: June 18, 2019

_____
HON. GEORGE H. WU,
United States District Judge